No. 314. PORTLAND GENERAL ELECTRIC Co. *v.* UNITED STATES. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. Erskine Wood* for petitioner. *Mr. Alfred A. Hampson* for respondent.

No. 373. MACGREGOR *v.* WESTINGHOUSE ELECTRIC & MANUFACTURING Co. October 23, 1944. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied for want of a final judgment. *Mr. William B. Jaspert* for petitioner. *Messrs. Jo. Baily Brown* and *William W. Booth* for respondent.

No. 426. BALL *v.* COOK, SUPERINTENDENT OF BANKS; and

No. 427. GEORGE AND FRANCES BALL FOUNDATION *v.* COOK, SUPERINTENDENT OF BANKS. October 23, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of these applications. *Messrs. William H. Thompson, Perry E. O'Neal,* and *John S. Miller* for petitioners. *Messrs. Thomas J. Herbert,* Attorney General of Ohio, *Hubert Hickam, Alan W. Boyd,* and *John B. Putnam* for respondent.

No. 261. LINDENFELD *v.* UNITED STATES. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *William M.*

*Lindenfeld,* pro se. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 432. WALTON, ADMINISTRATRIX, *v.* SOUTHERN PACKAGE CORP. October 23, 1944. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Mr. Chas. F. Engle* for petitioner. *Messrs. Wm. H. Watkins* and *P. H. Eager, Jr.* for respondent.

No. 521. SIMEON *v.* RAGEN, WARDEN;
No. 522. VAN PELT *v.* RAGEN, WARDEN;
No. 544. THOMAS *v.* RAGEN, WARDEN;
No. 545. SULLIVAN *v.* RAGEN, WARDEN;
No. 546. ROSS *v.* RAGEN, WARDEN;
No. 547. DIEKELMANN *v.* RAGEN, WARDEN;
No. 549. ROSE *v.* RAGEN, WARDEN;
No. 550. DEVERA *v.* RAGEN, WARDEN; and
No. 555. JACKSON *v.* ILLINOIS. October 23, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 601. DEMAUREZ *v.* SQUIER, WARDEN. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Reported below: 144 F. 2d 564.

No. 454. GIBSON *v.* GARDNER, CIRCUIT JUDGE. October 23, 1944. Petition for writ of certiorari to the District Court of the United States for the Southern District of Iowa denied for want of jurisdiction.